MRS. M. C. SMITH, *Appellant,* v. R. L. WALDRON, *Appellee.*

En Banc.

Decision Filed Jan. 14, 1926.

*Seymour & Collins,* for Appellant.

*Farrington & Lockharte,* for Appellee.

PER CURIAM.—As the bill herein praying for specific performance of an alleged contract to sell ''5 acres of land at ................. Pompano less one lot'' shows that the alleged written contract describes no land, was not signed by the owner of the land, or by anyone for her, and that the complainant was not put into possession, the demurrer to the bill of complaint should have been sustained.

Reversed.

BROWN, C. J., AND WHITFIELD, ELLIS, TERRELL AND BU-FORD, J. J., concur.